IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDITH LEARY,

   Plaintiff,

  v.

CHASE HOME FINANCE LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-1453-TWT

ORDER

This is an action under the Truth-in-Lending Act. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending that the action be dismissed for failure to effectuate service and failure to comply with a lawful order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 16 day of December, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Leary\09cv1453\r&r.wpd